**FILED**
July 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____**NM**_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FORTNA SYSTEMS, INC., § | |
| Plaintiff, § | |
| v. § | NO. SA-24-CV-01274-OLG |
| PLUS ONE ROBOTICS, INC., § | |
| Defendant. § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed July 3, 2025, concerning Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 19). (*See* R&R, Dkt. No. 46.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Defendant, through counsel, was electronically served with a copy of the R&R on July 3, 2025, and timely filed its objections on July 16, 2025 (*see* Dkt. No. 47).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). The Court has reviewed the entirety of the R&R de novo and finds that it is in all things correct; accordingly, the Court **ADOPTS** Judge Bemporad's R&R (Dkt. No. 46) and, for the reasons set forth therein, Defendant's Motion to Dismiss (Dkt. No. 19) is **DENIED**.

It is so **ORDERED**.

SIGNED this 29 day of July 2025.

ORLANDO L. GARCIA
United States District Judge